# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                **CASE NO. 6:24-cr-10059-JWB**

**DYLAN M. ELLIS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DELAY AND DESTRUCTION OF MAIL
BY POSTAL EMPLOYEE
[18 U.S.C. § 1703]**

From on or about January 13, 2024 and continuing to February 20, 2024, in the District of Kansas, the defendant,

**DYLAN M. ELLIS,**

a United States Postal Service employee, did unlawfully, did detain, delay, and open mail in his possession, and which was intended to be conveyed by mail, to wit: the defendant, a

1

mail processing clerk for the United States Postal Service, did detain, delay, and open mail in his custody containing United States Currency (cash) intended for another person or persons.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL.

May 14, 2024                              s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: Aaron L. Smith
AARON L. SMITH
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: aaron.smith3@usdoj.gov
Ks. S. Ct. No. 20447


> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1: 18 U.S.C. § 1703 – Delay of Mail**

• Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1703.

• A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

• A fine not to exceed $100,000. 18 U.S.C. § 3571(b)(5).

• A mandatory special assessment of $25.00. 18 U.S.C. § 3013(a)(1)(A)(iii).