# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.　　　　　　　　　　　　　**CASE NO. 24-CR-10059-JWB**

**DYLAN M. ELLIS,**

      **Defendant.**

### MOTION TO DELAY PROSECUTION

The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Aaron L. Smith, Assistant United States Attorney, and the defendant Dylan M. Ellis, by and through his attorney, James R. Pratt, jointly move the Court for an Order approving deferred prosecution, as contemplated by 18 U.S.C. § 3161(h)(2), and delayed discovery, as required by Fed. R. Crim. P. 12, 12.1, 12.2, 16, 26.2; Title 18, United States Code, §3500; Fed. R. Evid. 404(b); *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1970) and their progeny, during the period ending November 5, 2025.

In support of this motion, the parties state that on November 5, 2024, an Agreement for Pretrial Diversion was executed by the parties, in which the United States agreed to defer prosecution of the offense charged in the Indictment for a period of twelve (12) months from the date of the agreement, and the defendant voluntarily and with the advice

1

of his counsel, consented to such deferred prosecution and waived any defense to prosecution on the ground that a speedy trial had been denied. In addition, the defendant agreed to the delay of discovery and waived any defense related to that delay in discovery.

>Respectfully submitted,
>
>KATE E. BRUBACHER
>United States Attorney
>
>s/ Aaron L. Smith
>AARON L. SMITH, #20447
>Assistant United States Attorney
>District of Kansas
>301 N. Main, Suite 1200
>Wichita, Kansas 67202
>Tel.:   (316) 269-6481
>Fax:   (316) 269-6484
>aaron.smith3@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the attorney of record in this case.

>s/ Aaron L. Smith
>AARON L. SMITH
>Assistant United States Attorney