# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.                                            CASE NO. 24-CR-10059-JWB

DYLAN M. ELLIS,

    **Defendant.**

## ORDER

Now on this 13th day of November, 2024, the Court having read and considered the joint Motion of the parties filed herein to approve deferred prosecution and delay discovery during the period ending November 5, 2025, and good cause appearing therefor,

IT IS HEREBY ORDERED that (Doc. 13) Motion to Delay Prosecution is GRANTED, that deferred prosecution and the delay of discovery is approved and that this matter be stricken from the Court's trial docket until further order.

Done this 13th day of November, 2024.

                                                          \_s/ John W. Broomes_____
                                                          JOHN W. BROOMES
                                                          UNITED STATES DISTRICT JUDGE